IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY GOLD, an Individual and<br>AMIEE GOLD, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>JASON CARTER, an individual; and<br>and THE ARMS TRUCKING CO.,<br>a Foreign Entity,<br><br>        Defendants. | CIVIL No.  2:23-cv-828<br>               Judge: Eddy<br><br>**JURY TRIAL DEMANDED HEREIN** |

## NOTICE OF REMOVAL

AND NOW, come the Defendants, Jason Carter, and The Arms Trucking Company, by and through the undersigned counsel, and remove the above-captioned lawsuit pursuant to 28 U.S.C. § 1441, *et seq.* from the Court of Common Pleas of Beaver County, Pennsylvania (Docket No. 10568-2023), to the United States District Court for the Western District of Pennsylvania, and in support thereof, aver as follows:

1. Plaintiffs, Bradley Gold and Aimee Gold, initiated this lawsuit in the Court of Common Pleas of Beaver County, Pennsylvania, at Docket No. 10568-2023. (Copies of the docket and all pleadings and process filed in the State Court action are attached hereto as Exhibit "A").

2. The Complaint names as Defendants Jason Carter and The Arms Trucking Co.

3. The Complaint includes four counts sounding in negligence and vicarious liability/negligent entrustment relative to a motor vehicle collision between Plaintiffs and a tractor trailer operated by Defendant Carter as an employee/agent of and under the DOT authority of The Arms Trucking Co. The subject motor vehicle accident is alleged to have occurred on November 11, 2022 in Beaver County, Pennsylvania.

4. Per the Complaint, Plaintiffs are residents of Woodbridge, Virginia.

5. Per the Complaint, Defendant The Arms Trucking Co., is an Ohio corporation, with principal place of business in East Claridon, Ohio.

6. Per the Complaint, Defendant Carter is an Ohio resident.

7. The Complaint alleges that each Plaintiff suffered severe and permanent injuries as a result of the crash, and pain, suffering emotional distress, and medical treatment and expenses. The Complaint further alleges lost wages and other economic and noneconomic damages as a result of the subject crash. (Compl. ¶¶ 34, 36, 37, 38, 39, 73, 74, 75, 76, 77)

8. Upon information and belief, Plaintiffs have incurred and will continue to incur medical bills and costs associated with the alleged incident.

9. With Plaintiff's allegations of severe and permanent injuries purportedly arising from the alleged incident, along with medical bills, lost wages, and noneconomic damages claimed, upon information and belief the amount in controversy in this case is in excess of $75,000.00.

10. The above-captioned action, pending in the Court of Common Pleas of Beaver County, Pennsylvania, is within the jurisdiction of the United States District Court for the Western District of Pennsylvania.

11. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C.§ 1332 in as much as the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

12. This action is removable to the United States District Court for the Western District of Pennsylvania, pursuant to the provision of 28 U.S.C. § 1441, *et seq.*

13.     Concurrent with the filing of this Notice of Removal, Defendants have filed a Notice of Filing of Notice of Removal with the Prothonotary of the Court of Common Pleas of Beaver County, Pennsylvania advising that it has removed this action to the United States District Court for the Western District of Pennsylvania.

14.     In filing this Notice of Removal, Defendants do not waive any affirmative defenses that they may assert in this action.

WHEREFORE, Defendants, respectfully request that this Court remove this matter from the Court of Common Pleas of Beaver County, Pennsylvania, to the United States District for the Western District of Pennsylvania.

**JURY TRIAL DEMANDED**

                                                Respectfully submitted,

                                                PION, NERONE, GIRMAN, WINSLOW
                                                & SMITH, P.C.

                                                */s/ Megan R. Padgett*
                                                John T. Pion, Esquire
                                                Attorney I.D. No. 43675
                                                James M. Girman, Esquire
                                                Attorney I.D. No. 58825
                                                Megan R. Padgett, Esquire
                                                Attorney I.D. No. 327776
                                                *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I, Megan R. Padgett, Esquire, hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL was served upon counsel for Plaintiff via the ECF Filing System this **17th** day of **May, 2023**, as follows:

Eve M. Elsen, Esquire
Morgan & Morgan, P.C.
1825 Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222
eelsen@forthepeople.com
*Attorney for Plaintiffs*

PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.

*/s/ Megan R. Padgett*
Megan R. Padgett, Esquire
Attorney I.D. No. 327776
mpadgett@pionlaw.com

420 Fort Duquesne Boulevard
1500 One Gateway Center
Pittsburgh, PA 15222
(412) 281-2288
*Attorney for Defendants*